```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13913
   NATALIE A NINCIC
   ROBERT NINCIC                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-0311      SSN XXX-XX-8788
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1. The case was filed on 08/02/07 and confirmed on 10/26/07.

    2. The case was dismissed after confirmation, 02/15/2008.

    3. The Debtor paid a total of $   1800.00 .

    4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 27026.13 | .00 | 1719.00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| ASSOCIATED RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| NORTH STAR CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| TATE & KIRLIN ASSOC | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27026.13 | .00 | .00 | .00 | 27026.13 |
| PRINCIPAL PAID | 1719.00 | .00 | .00 | .00 | 1719.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1719.00 | .00 | .00 | .00 | 1719.00 |

The Debtor's attorney, DAVID L DEPEW II                   , was allowed $       .00
and was paid $        .00 .

The Trustee received $      81.00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 05/20/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
         CASE NO. 07 B 13913 NATALIE A NINCIC & ROBERT NINCIC
```